Certificate Number: 05781-MIE-DE-041417979

Bankruptcy Case Number: 26-49114

05781-MIE-DE-041417979

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 8, 2026, at 8:48 o'clock AM PDT, Loren Harry Armstead completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: September 8, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President